UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARLIN GIOVANNI PICKENS,

                Plaintiff,

  v.

MULTICARE TACOMA GENERAL HOSPITAL,

                Defendants.

Case No. 3:22-cv-05784-BHS

REPORT AND RECOMMENDATION

       On October 17, 2022, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On November 1, 2022, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 4. The Court informed plaintiff failed to show how the named defendants acted under color of state law. *Id.* at 3.

       Given the identified deficiencies in the proposed complaint, the Court did not grant Plaintiff's IFP application. Plaintiff was given until November 23, 2022, to show cause why his complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

       A plaintiff is not entitled to submit written objections to the Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of*

REPORT AND RECOMMENDATION - 1

*Seattle,* 152 F.3d 1113, 1114 (9th Cir. 1998)(per curiam). Denial of a motion to proceed IFP is an immediately appealable order. *Tripati v. Rison,* 847 F.2d 548, 548-549 (9th Cir. 1988). Under *O'Neal v. Price*, 531 F.3d 1146, 1151-1156 (9th Cir. 2008), the complaint should be dismissed without prejudice.

Dated this 19th day of December, 2022.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2