UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MULTICARE TACOMA GENERAL HOSPITAL, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:22-cv-05784-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before Magistrate Judge Theresa L. Fricke's Report and Recommendation ("R&R"). Dkt. 5. Judge Fricke recommends denying Plaintiff Marlin Giovanni Pickens' Motion for Leave to Proceed *In Forma Pauperis*, Dkt. 1, after he failed to respond to Judge Fricke's Order to Show Cause, Dkt. 4, why his complaint should not be dismissed for failure to state a claim. Dkt. 5.

The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1)　The R&R is **ADOPTED**;

//

(2) Pickens' Motion for Leave to Proceed *In Forma Pauperis*, Dkt. 1, is **DENIED**, and the action is **DISMISSED without prejudice** for failure to prosecute;

(3) The Clerk shall enter JUDGMENT and close this case; and

(4) The Clerk is directed to send copies of this Order to Pickens.

Dated this 29 day of December, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2